---

## EX PARTE PAZ.

SOLICITUD para que se expida mandamiento de *habeas corpus.*

No. 64.    Resuelto en Agosto 5, 1905.

HABEAS CORPUS.—NUEVA SOLICITUD.—Las resoluciones dictadas por las Cortes de Distrito, ó alguno de sus Jueces, ó por un Magistrado del Tribunal Supremo, al devolverse diligenciado el auto de Habeas Corpus, son definitivas y firmes, y no podrá presentarse nueva solicitud en la misma, á no ser que el peticionario justifique estar comprendido en otro caso que pueda ser objeto de nueva solicitud.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Ulman.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Presidente Sr. Quiñones, emitió la siguiente opinión.

*Vistas* las presentes diligencias promovidas por Antonio Paz, preso en la cárcel pública de Mayagüez, en solicitud de un auto de *habeas corpus*.

*Considerando* que con arreglo á la sección 8a. de la ley votada por la Asamblea Legislativa de esta Isla y aprobada en 12 de Marzo de 1903, disponiendo el auto de *habeas corpus* "todas las providencias dictadas por las Cortes de Distrito ó por algún Juez de éstas ó por un Magistrado del Tribunal Supremo, al devolverse diligenciado el auto de *habeas corpus,* contra las cuales no se hubiere apelado, serán definitivos y firmes, y no podrá presentarse nueva solicitud en la misma causa, salvo en los casos especialmente previstos por la ley.

*Considerando* que el peticionario no ha probado estar comprendido en ningún otro caso que pudiera ser objeto de una nueva solicitud de *habeas corpus,* y que no hubiera sido considerado en la anterior resolución de la Corte de Distrito de Mayagüez, que le denegó la excarcelación, según se consigna por el mismo peticionario, en su escrito dirigido al que provee en 27 de julio último, reiterando su anterior solicitud.

*Vista* la ley citada de la Asamblea Legislativa de esta Isla y la resolución dictada por esta Corte Suprema en 16 de enero último, en el recurso de *habeas corpus* promovido por el abogado Don Eugenio Benítez Castaño, á nombre de Cristóbal Dones, Felipe Candelaria y Antonio Valentín.

*Se declara* no haber lugar á la excarcelación solicitada por el peticionario Antonio Paz, el que deberá ser devuelto á la cárcel de Mayagüez bajo la custodia del alcaide de la misma, con las costas al promovente.

*Sin lugar la solicitud.*